**Victor LOPEZ, Petitioner—Appellant,**

v.

**Travis TRANI, Warden; The Attorney General of the State of Colorado, Respondents—Appellees.**

No. 11–1186.

United States Court of Appeals, Tenth Circuit.

Sept. 26, 2011.

Victor Lopez, Limon, CO, pro se.

Jonathan Patrick Fero, John Jacob Fuerst, III, Office of the Attorney General for the State of Colorado, Denver, CO, for Respondents–Appellees.

Before O'BRIEN, McKAY, and TYMKOVICH, Circuit Judges.

## ORDER DENYING CERTIFICATE OF APPEALABILITY*

MONROE G. McKAY, Circuit Judge.

After this court denied his request for a certificate of appealability, *see Lopez v. Trani*, 628 F.3d 1228 (10th Cir.2010), Petitioner filed a post-judgment motion asking the district court to strike certain statutes as unconstitutional. The court denied his motion, and Petitioner filed a notice of appeal.

To appeal the denial of his post-judgment motion in this habeas case, Petitioner must obtain a certificate of appealability. *See Dulworth v. Jones*, 496 F.3d 1133, 1135–36 (10th Cir.2007). We conclude that reasonable jurists would not debate wheth-

er the district court erred in denying Petitioner's post-judgment motion, *see Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000), and we therefore **DENY** Petitioner's request for a certificate of appealability and **DISMISS** the appeal. Petitioner's motion to proceed *in forma pauperis* is also **DENIED**.

---

* This order is not binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consis-

tent with Fed. R.App. P. 32.1 and 10th Cir. R. 32.1.

